# ORIGINAL



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GLOCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACADEMY TOY CO., Ltd., Seoul, Korea <br> THE WORKS: DIVERSIFIED, INC., <br> TIMOTHY RAY WORKS, an individual, <br> Timothy Ray Works d/b/a THE WORKS, <br> PAWN, and <br> UNNAMED RETAILERS 1-199, <br><br> Defendants. | CIVIL ACTION NO. 400-039 |

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT is executed as of 3/27, 2000 between Glock, Inc. ("Glock") and The Works: Diversified, Inc., Timothy Ray Works, and Timothy Ray Works d/b/a The Works Pawn (collectively "Works").

WHEREAS Glock, through its related companies, is engaged in the business of designing, manufacturing and marketing firearms, namely the family of GLOCK pistols;

WHEREAS Glock is the owner of the trade dress rights in the GLOCK pistols;

WHEREAS Glock is the owner of U.S. Trademark Registration No. 1,691,390 for the mark "GLOCK" and U.S. Trademark Registration No. 1,381,064 for the stylized version of the mark "GLOCK";

WHEREAS, Works has offered for sale and has sold soft air pistols manufactured by Academy Toy Co., Ltd. and marketed under the name "Academy Model 23";

WHEREAS, the foregoing "Academy Model 23" air pistols unlawfully incorporate or utilize the GLOCK trademarks and the trade dress of the GLOCK pistols;

WHEREAS Glock has asserted claims against Works in the United States District Court for the Southern District of Georgia alleging that Works' offers for sale and sales of "Academy Model 23" air pistols manufactured by Academy Toy Co., Ltd. constitute infringement and dilution of Glock's trademarks and trade dress; and

WHEREAS Glock and Works, as the parties to this Settlement Agreement, believe that this litigation should be settled;

For the consideration acknowledged in this agreement, the parties agree to the following terms and conditions:

1. Works acknowledges that Glock is the owner of the trade dress rights in the GLOCK pistols.

2. Works acknowledges that the trade dress of the GLOCK pistols is inherently distinctive.

3. Works acknowledges that the trade dress of the GLOCK pistols has acquired secondary meaning.

4. Works acknowledges that the trade dress of the GLOCK pistols is famous.

5. Works acknowledges that the trade dress of the GLOCK pistols is primarily non-functional.

6. Works acknowledges that the Academy Model 23 soft air pistol, manufactured by Defendant Academy Toy Co., Ltd. and sold by Defendants The Works: Diversified, Inc., Timothy Ray Works, and Timothy Ray Works d/b/a The Works Pawn, infringes the trade dress of the GLOCK pistols.

7. Works acknowledges that the trade dress of the Academy Model 23 soft air pistol is confusingly similar to the trade dress of the GLOCK pistols.

8.  Works acknowledges that the Academy Model 23 soft air pistol dilutes the distinctive quality of the famous trade dress of the Glock pistol.

9.  Works acknowledges that Plaintiff Glock is the owner of U.S. Trademark Registration No. 1,691,390 for the mark "GLOCK" and U.S. Trademark Registration No. 1,381,064 for the stylized version of the mark "GLOCK" (collectively "the GLOCK trademarks").

10. Works acknowledges that the GLOCK trademarks are famous marks.

11. Works acknowledges that the Academy Model 23 soft air pistol, which bears the GLOCK trademarks, infringes Glock's U.S. Trademark Registration Nos. 1,691,390 and 1,381,064.

12. Works acknowledges that the Academy Model 23 soft air pistol dilutes the distinctive quality of Glock's famous trademarks.

13. Works agrees not to make, have made, use, import, purchase, order, sell, or offer for sale any additional "Academy Model 23" air pistols or any other products that infringe the GLOCK trademarks or trade dress.

14. Upon execution of this Agreement, the parties shall submit the Consent Judgment, attached hereto as Exhibit A, to the Court for entry.

15. This Agreement shall be binding upon the parties, their subsidiaries and affiliates, and successors and assigns.

16. This Agreement constitutes the entire agreement between the parties and can only be modified in writing and signed by both parties.

17.     This Agreement shall be construed according to the laws of the State of Georgia, and in the event of litigation concerning an alleged breach of this agreement, the prevailing party shall be entitled to an award of its attorney's fees.

EXECUTED to be effective as of the date first stated.

GLOCK, INC.

_____
Paul F. Jannuzzo

THE WORKS: DIVERSIFIED, INC.
TIMOTHY RAY WORKS, and
Timothy Ray Works d/b/a
THE WORKS PAWN

_____
Timothy Ray Works

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **GLOCK, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.** |
| | ) **400-039** |
| **ACADEMY TOY CO. Ltd., Seoul, Korea,** | ) |
| **THE WORKS; DIVERSIFIED, INC.,** | ) |
| **TIMOTHY RAY WORKS, an individual, and** | ) |
| **Timothy Ray Works, d/b/a THE WORKS PAWN** | ) |
| **UNNAMED RETAILERS 1-199,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Consent Judgment and Settlement Agreement by United States mail with proper postage affixed thereon to:

Timothy Ray Works
The Works Pawn
6205 Altama
Brunswick, GA 31525

This __4th__ day of April, 2000.

DUFFY & FEEMSTER, LLC

MATTHEW BUSH
Attorney for Plaintiff
State Bar: 098815

P.O. Box 10144
Savannah, GA 31412
(912) 236-6311