# ORIGINAL

FILED
U.S. DIST. COURT
SAVANNAH DIV

APR 26  3 59 PM '00

CLERK
SO. DIST.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **GLOCK, INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. |
| | ) CV400-039 |
| **ACADEMY TOY CO. Ltd.,** Seoul, Korea, | ) |
| **THE WORKS; DIVERSIFIED, INC.,** | ) |
| **TIMOTHY RAY WORKS,** an individual, and | ) |
| Timothy Ray Works, d/b/a **THE WORKS PAWN** | ) |
| **UNNAMED RETAILERS 1-199,** | ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL

Comes Now Plaintiff Glock, Inc. pursuant to Federal Rules of Civil Procedure Rule 41 (a), and shows the Court as follows:

Plaintiff dismisses, without prejudice, its claims against Defendants Academy Toy Co., Ltd., Seoul, Korea, and Unnamed Retailers 1-199 by filing this Notice of Dismissal. This dismissal is made before service by these Defendants of an answer or of a motion for summary judgment.

Respectfully submitted this 26th day of April, 2000.

DUFFY & FEEMSTER, LLC

DWIGHT T. FEEMSTER
State Bar: 257253
MATTHEW BUSH
State Bar: 098815
Attorneys for Plaintiff

P.O. Box 10144
Savannah, GA 31412
(912) 236-6311