ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GLOCK, INC., )
)
      Plaintiff, )
) CIVIL ACTION NO.
v. ) CV400-039
)
ACADEMY TOY CO. Ltd., Seoul, Korea, )
THE WORKS; DIVERSIFIED, INC., )
TIMOTHY RAY WORKS, an individual, and )
Timothy Ray Works, d/b/a THE WORKS PAWN )
UNNAMED RETAILERS 1-199, )
)
      Defendant. )

### RESPONSE TO COURT'S DIRECTION TO RESPOND

Comes Now Plaintiff Glock, Inc. and replies to the Court's Direction to Respond, showing the Court as follows:

On April 4, 2000, Plaintiff submitted a Consent Judgment and a Settlement Agreement between Plaintiff and Defendants Timothy Ray Works, individually, The Works: Diversified, Inc., and Timothy Ray Works d/b/a The Works Pawn. The Settlement Agreement and Consent Judgment filed are between Plaintiff and Defendants Timothy Ray Works, individually, The Works: Diversified, Inc., and Timothy Ray Works d/b/a The Works Pawn and these Defendants only. It is the Plaintiffs' intention that the settlement agreement and Consent Judgment resolve the claims between those parties but have no effect upon Plaintiff's claims against Academy Toy Co., Ltd., Seoul, Korea, and Unnamed Retailers 1-199. However, Plaintiffs will file contemporaneously herewith a dismissal without prejudice as to Defendants Academy Toy Co., Ltd.,

Seoul, Korea, and Unnamed Retailers 1-199, separately dismissing these parties. Therefore to respond to the Court's direction, Plaintiff replies as follows:

(a) The settlement agreement and proposed consent judgment do not relate to and have no effect upon the Defendants Academy Toy Co., Ltd., Seoul, Korea, and Unnamed Retailers 1-199.

(b) Plaintiffs have filed herewith a separate dismissal without prejudice as to its claims against Defendants the Defendants Academy Toy Co., Ltd., Seoul, Korea, and Unnamed Retailers 1-199.

(c) The actions discussed in (a) and (b) above together cover all claims within the Complaint and resolve the Court's inquiry.

This 26th day of April, 2000.

DUFFY & FEEMSTER, LLC

Dwight T. Feemster
Georgia Bar No. 257253
Matthew M. Bush
Georgia Bar No. 098815
Post Office Box 10144
Savannah, GA 31412
(912) 236-6311

P.O. Box 10144
Savannah, GA 31412
(912) 236-6311
facsimile (912) 236-7641