FILED
U.S. DIST. COURT
SAVANNAH DIV

APR 26  4 50 PM '00

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| GLOCK, INC., | ) |
| Plaintiff, | ) |
| VS. | ) CIVIL ACTION NUMBER: CV400-39 |
| ACADEMY TOY CO., LTD., THE WORKS: DIVERSIFIED, INC., TIMOTHY RAY WORKS, TIMOTHY RAY WORKS d/b/a THE WORKS PAWN, and UNNAMED RETAILERS 1-199, | ) |
| Defendants. | ) |

### O R D E R

In response to the Court's directive, Plaintiff has filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a) and wishes to dismiss its claims against defendants Academy Toy Co., Ltd., and Unnamed Retailers 1-199. None of these defendants has served an answer or a motion for summary judgement. In accordance with Rule 41(a), Plaintiff's notice operates as a dismissal without prejudice of these claims. On the basis of Plaintiff's instant notice and the Court's Order of April 19, 2000 approving settlement of Plaintiff's claims against defendants The Works: Diversified, Inc., Timothy Ray Works, and Timothy Ray Works d/b/a The Works Pawn, there are no remaining claims in this case. Accordingly, the Clerk is **ORDERED TO CLOSE THE CASE**.

SO ORDERED this **26th** day of April, 2000.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    4:00-cv-00039
Date Served:    April 27, 2000
Served By:      *[signature] H. Authive*

Attorneys Served:

Dwight T. Feemster, Esq.
Matthew M. Bush, Esq.

✓ Copy placed in Minutes

✓ Copy given to Judge

___ Copy given to Magistrate